(105 So. 697)

### Ex parte Edna NARO. (6 Div. 506.)

(Supreme Court of Alabama. Oct. 15, 1925.)

Certiorari to Court of Appeals.

Richard H. Fries, of Birmingham, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Edna Naro for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Naro v. State, 105 So. 696. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.